115 P.3d 707

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

State v. Feliciano ................................... 26418     07/14/2005   Affirmed
Tavakoli v. Hawaii Medical Service Ass'n ............. 25828     07/25/2005   Affirmed